# EXHIBIT A

1 PAUL T. FRIEDMAN (BAR NO. 98381)
ANNEMARIE C. O'SHEA (BAR NO. 157988)
2 MORRISON & FOERSTER LLP
425 Market Street
3 San Francisco, California 94105-2482
Telephone: 415.268.7000
4 Facsimile: 415.268.7522

5 Attorneys for Defendant
UNITED PARCEL SERVICE, INC.

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## COUNTY OF SAN FRANCISCO

| HEROES CLUB, INC., a California Corporation, | Case No. CGC-07-465547 |
|---|---|
| Plaintiff, | **DEFENDANT'S NOTICE OF REMOVAL TO FEDERAL COURT** |
| v. | |
| UNITED PARCEL SERVICE, INC., and DOES 1-50, | Action Filed: July 27, 2007 Trial Date: None |
| Defendants. | |

TO PLAINTIFF, ITS ATTORNEYS OF RECORD, AND THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that defendant United Parcel Service, Inc. has filed a Notice of Removal of this action in the United States District Court for the Northern District of California. Attached as Exhibit 1 is a true and correct copy of the Notice of Removal which was filed this date with the Clerk of the United States District Court for the Northern District of California.

Dated: August 27, 2007

PAUL T. FRIEDMAN
ANNEMARIE C. O'SHEA
MORRISON & FOERSTER LLP

By: /s/ Paul T. Friedman
Paul T. Friedman

Attorneys for Defendant
UNITED PARCEL SERVICE, INC.

sf-2378799                               1
DEFENDANT'S NOTICE OF REMOVAL TO FEDERAL COURT