JAMES C. STURDEVANT (SBN 94551)
(jsturdevant@sturdevantlaw.com)
MARK T. JOHNSON (SBN 76904)
(mjohnson@sturdevantlaw.com)
ALEXIUS MARKWALDER (SBN 227004)
(amarkwalader@sturdevantlaw.com)
THE STURDEVANT LAW FIRM
A Professional Corporation
475 Sansome Street, Suite 1750
San Francisco, CA 94111
Telephone: (415) 477-2410
Facsimile: (415) 477-2420

RANDALL P. CHOY (SBN 83194)
(rchoy@hedanichoy.com)
HEDANI, CHOY, SPALDING & SALVAGIONE, LLP
595 Market Street, Ste. 1100
San Francisco, CA 94105
Telephone: (415) 778-0800
Facsimile: (415) 778-0700

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEROES CLUB, INC., a California Corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED PARCEL SERVICE, INC., and DOES 1-50,<br><br>    Defendants. | CASE NO.   CV 07-04422-JCS<br><br>**CLASS ACTION**<br><br>**PLAINTIFF'S JURY DEMAND** |

1    Pursuant to Federal Rules of Civil Procedure, rules 38(b) and 81(c), Plaintiff Heroes
2  Club, Inc. hereby demands trial by jury in this action.

4  Date:   September 13, 2007                    Respectfully submitted,

                                                 THE STURDEVANT LAW FIRM
                                                 A Professional Corporation

                                                 HEDANI, CHOY, SPALDING
                                                   & SALVAGIONE, LLP


                                                 By:  /s/  Mark T. Johnson
                                                      MARK T. JOHNSON
                                                      Attorneys for Plaintiffs