1  JAMES C. STURDEVANT (SBN 94551)
   (jsturdevant@sturdevantlaw.com)
2  MARK T. JOHNSON (SBN 76904)
   (mjohnson@sturdevantlaw.com)
3  ALEXIUS MARKWALDER (SBN 227004)
   (amarkwalader@sturdevantlaw.com)
4  THE STURDEVANT LAW FIRM
   A Professional Corporation
5  475 Sansome Street, Suite 1750
   San Francisco, CA 94111
6  Telephone: (415) 477-2410
   Facsimile: (415) 477-2420
7
   RANDALL P. CHOY (SBN 83194)
8  (rchoy@hedanichoy.com)
   HEDANI, CHOY, SPALDING & SALVAGIONE, LLP
9  595 Market Street, Ste. 1100
   San Francisco, CA 94105
10 Telephone: (415) 778-0800
   Facsimile: (415) 778-0700
11
   Attorneys for Plaintiff
12

13              UNITED STATES DISTRICT COURT

14            NORTHERN DISTRICT OF CALIFORNIA

15

16 HEROES CLUB, INC., a California          CASE NO.    CV 07-04422-JCS
   Corporation,
17                                          CLASS ACTION
18                 Plaintiff,
19        v.                                PLAINTIFF'S CERTIFICATION OF
                                            INTERESTED ENTITIES OR PERSONS
20 UNITED PARCEL SERVICE, INC., and         (CIV. L.R. 3-16) AND FED. R. CIV. P. 7.1
   DOES 1-50,                               DISCLOSURE STATEMENT
21
                   Defendants.
22

23

24

25

26

27

28

PLTF'S CERT. OF INTERESTED ENTITIES OR PERSONS (CIV. L.R. 3-16) & AND FRCP 7.1 DISCLOSURE STATEMENT
Case No. CV 07-04422-JCS

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities: (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

- Heroes Club, Inc., a California corporation

- Robin Kwok

- United Parcel Service, Inc., a Delaware corporation

- United Parcel Service, Inc., a Ohio corporation

- United Parcel Service, Inc., a New York Corporation, which will do business in California as New York/United Parcel Service, Inc.

Pursuant to Federal Rules of Civil Procedure, rule 7.1, and to enable the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for Plaintiff Heroes Club, Inc., hereby represents and certifies that Heroes Club, Inc. has no parent corporation, and no public corporation owns 10% or more of its stock.

Date:    September 13, 2007                    Respectfully submitted,

THE STURDEVANT LAW FIRM
A Professional Corporation

HEDANI, CHOY, SPALDING
& SALVAGIONE, LLP

By: /s/  Mark T. Johnson
        MARK T. JOHNSON
        Attorneys for Plaintiffs