UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HEROES CLUB, INC.

        Plaintiff(s),

v.

UNITED PARCEL SERVICE

        Defendant(s).

No. C 07-04422 JCS

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.* Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: September 19, 2007

Signature

Counsel for Plaintiff Heroes Club, Inc.
(Plaintiff, Defendant or indicate "pro se")

* Such consent is without prejudice to plaintiff's right to seek remand of this action to state court pursuant to 28 USC § 1447 or any other applicable provision of the law.