PAUL T. FRIEDMAN (CA SBN 98381)
PFriedman@mofo.com
ANNEMARIE C. O'SHEA (CA SBN 157988)
AOShea@mofo.com
SARA MAHDAVI (CA SBN 245791)
SMahdavi@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendant
UNITED PARCEL SERVICE, INC.


JAMES C. STURDEVANT (CA SBN 94551)
MARK T. JOHNSON (CA SBN 76904)
ALEXUIS MARKWALDER (CA SBN 227004)
THE STURDEVANT LAW FIRM
A Professional Corporation
475 Sansome Street, Suite 1750
San Francisco, California 94111
Telephone:  415.477.2410
Facsimile:  415.477.2420

(additional counsel on signature page)

Attorneys for Plaintiff
HEROES CLUB, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HEROES CLUB, INC., a California Corporation,<br><br>            Plaintiff,<br><br>      v.<br><br>UNITED PARCEL SERVICE, INC., and DOES 1-50,<br><br>            Defendants. | Case No.   07-4422 JCS<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** |

STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE
CASE NO. 07-4422 JCS
sf-2413742

1

1  WHEREAS, the Order Setting Initial Case Management Conference, dated August 27, 2007, set the initial Case Management Conference on November 30, 2007;

WHEREAS, counsel for Defendant has a scheduling conflict on November 30, 2007, and requests that, subject to Court approval, the Initial Case Management Conference be continued;

WHEREAS, the parties have agreed, subject to Court approval, to continue the Initial Case Management Conference to December 14, 2007;

IT IS HEREBY STIPULATED by and between the parties, through their counsel of record, to request that the Court order as follows:

1. The initial Case Management Conference shall take place on December 14, 2007, in Courtroom A, 15th Floor, at 1:30 p.m.;
2. The last day to complete the meet and confer pursuant to Fed. R. Civ. Proc. 26(f) and ADR L.R. 3.5 shall be November 26, 2007;
3. The last day to file a Joint ADR Certification with Stipulation to ADR Process or Notice of Need for ADR Phone Conference shall be November 26, 2007;
4. The last day to file a Rule 26(f) Report, complete initial disclosures, and file the Case Management Statement shall be December 7, 2007.

IT IS SO STIPULATED.

Dated: November 5, 2007        PAUL T. FRIEDMAN
                               ANNEMARIE C. O'SHEA
                               SARA MAHDAVI
                               MORRISON & FOERSTER LLP


                               By:  s/s Paul T. Friedman
                                    Paul T. Friedman

                               Attorneys for Defendant
                               UNITED PARCEL SERVICE, INC.

| | |
|---|---|
| Dated: November 5, 2007 | JAMES C. STURDEVANT<br>MARK T. JOHNSON<br>ALEXUIS MARKWALDER<br>THE STURDEVANT LAW FIRM<br><br>RANDALL P. CHOY<br>HEDANI, CHOY, SPALDING &<br>SALVAGIONE, LLP<br>595 Market Street, Suite 1100<br>San Francisco, California  94105<br>Telephone:  415.778.0800<br>Facsimile:  415.778.0700<br><br>By:   s/s Mark T. Johnson<br>        Mark T. Johnson<br><br>Attorneys for Plaintiff<br>HEROES CLUB, INC. |

I, Paul T. Friedman, am the ECF user whose ID and password are being used to file this Stipulation.  In compliance with General Order 45, I hereby attest that Mark T. Johnson, counsel for Plaintiff, has concurred in this filing.

Dated: November 5, 2007                              By:    /s/ Paul T. Friedman
                                                                          Paul T. Friedman

                                                                  Attorneys for Defendant
                                                                  UNITED PARCEL SERVICE, INC.

STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE
CASE NO. 07-4422 JCS
sf-2413742

3

[PROPOSED] ORDER

PURSUANT TO STIPULATION, AND GOOD CAUSE APPEARING, IT IS SO ORDERED.

DATED: _____, 2007

_____
Honorable Joseph C. Spero
United States District Court