PAUL T. FRIEDMAN (CA SBN 98381)
PFriedman@mofo.com
ANNEMARIE C. O'SHEA (CA SBN 157988)
AOShea@mofo.com
SARA MAHDAVI (CA SBN 245791)
SMahdavi@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendant
UNITED PARCEL SERVICE, INC.


JAMES C. STURDEVANT (CA SBN 94551)
MARK T. JOHNSON (CA SBN 76904)
ALEXUIS MARKWALDER (CA SBN 227004)
THE STURDEVANT LAW FIRM
A Professional Corporation
475 Sansome Street, Suite 1750
San Francisco, California 94111
Telephone:  415.477.2410
Facsimile:  415.477.2420

(additional counsel on signature page)

Attorneys for Plaintiff
HEROES CLUB, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HEROES CLUB, INC., a California Corporation,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED PARCEL SERVICE, INC., and DOES 1-50,<br><br>　　　　　　　Defendants. | Case No.   07-4422 JCS<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** |

1  WHEREAS, the Order Setting Initial Case Management Conference, dated August 27, 2007, set the initial Case Management Conference on November 30, 2007;

WHEREAS, counsel for Defendant has a scheduling conflict on November 30, 2007, and requests that, subject to Court approval, the Initial Case Management Conference be continued;

WHEREAS, the parties have agreed, subject to Court approval, to continue the Initial Case Management Conference to December 14, 2007;

IT IS HEREBY STIPULATED by and between the parties, through their counsel of record, to request that the Court order as follows:

1. The initial Case Management Conference shall take place on December 14, 2007, in Courtroom A, 15th Floor, at 1:30 p.m.;
2. The last day to complete the meet and confer pursuant to Fed. R. Civ. Proc. 26(f) and ADR L.R. 3.5 shall be November 26, 2007;
3. The last day to file a Joint ADR Certification with Stipulation to ADR Process or Notice of Need for ADR Phone Conference shall be November 26, 2007;
4. The last day to file a Rule 26(f) Report, complete initial disclosures, and file the Case Management Statement shall be December 7, 2007.

IT IS SO STIPULATED.

Dated: November 5, 2007

PAUL T. FRIEDMAN
ANNEMARIE C. O'SHEA
SARA MAHDAVI
MORRISON & FOERSTER LLP

By:   s/s Paul T. Friedman
          Paul T. Friedman

Attorneys for Defendant
UNITED PARCEL SERVICE, INC.

STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE
CASE NO. 07-4422 JCS
sf-2413742

2

| | | |
|---|---|---|
| 1 | Dated: November 5, 2007 | JAMES C. STURDEVANT |
| 2 | | MARK T. JOHNSON |
| | | ALEXUIS MARKWALDER |
| 3 | | THE STURDEVANT LAW FIRM |

RANDALL P. CHOY
HEDANI, CHOY, SPALDING &
SALVAGIONE, LLP
595 Market Street, Suite 1100
San Francisco, California  94105
Telephone:  415.778.0800
Facsimile:  415.778.0700


By:   s/s Mark T. Johnson
         Mark T. Johnson

Attorneys for Plaintiff
HEROES CLUB, INC.


I, Paul T. Friedman, am the ECF user whose ID and password are being used to file this Stipulation.  In compliance with General Order 45, I hereby attest that Mark T. Johnson, counsel for Plaintiff, has concurred in this filing.

Dated: November 5, 2007

By:   /s/ Paul T. Friedman
         Paul T. Friedman

Attorneys for Defendant
UNITED PARCEL SERVICE, INC.

1  [~~PROPOSED~~] ORDER

2  PURSUANT TO STIPULATION, AND GOOD CAUSE APPEARING, IT IS SO ORDERED.

4  DATED: __Nov. 5___, 2007

_____
Honorable
United States

*[Signature: Judge Joseph C. Spero — United States District Court, Northern District of California seal]*