PAUL T. FRIEDMAN (CA SBN 98381)
PFriedman@mofo.com
ANNEMARIE C. O'SHEA (CA SBN 157988)
AOshea@mofo.com
SARA MAHDAVI (CA SBN 245791)
SMahdavi@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendant
UNITED PARCEL SERVICE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HEROES CLUB, INC., a California Corporation,<br><br>                    Plaintiff,<br><br>          v.<br><br>UNITED PARCEL SERVICE, INC., and DOES 1-50,<br><br>                    Defendants. | Case No. 07-4422 JCS<br><br>**DECLARATION OF ANNEMARIE O'SHEA IN SUPPORT OF DEFENDANT UNITED PARCEL SERVICE, INC.'S MOTION FOR JUDGMENT ON THE PLEADINGS**<br><br>Date:     December 14, 2007<br>Time:    9:30 a.m.<br>Courtroom: A |

1. I, Annemarie C. O'Shea, am an attorney with the law firm of Morrison & Foerster LLP, counsel for United Parcel Service, Inc. ("UPS"), defendant in this action. I have personal knowledge of the facts set forth below, and if called as a witness, I could and would so testify to them. I submit this declaration in support of UPS's Motion For Judgment on the Pleadings.

1. Attached as Exhibit A is a true and correct copy of excerpts from the UPS Rate and Service Guide, dated Jan. 1, 2007 and in effect in 2007.

2. Attached as Exhibit B are true and correct copies of excerpts from the Jan. 2, 2006 UPS Rate and Service Guide, and the UPS General Tariff Containing the Classifications, Rules and Practices for the Transportation of Property (the "UPS Tariff"), dated Jan. 2, 2006, and Nov. 1, 2006, in effect in 2006.

3. Attached as Exhibit C are true and correct copies of excerpts from the Jan. 3, 2005 UPS Rate and Service Guide and from the UPS Tariffs, dated Jan. 3, 2005, July 11, 2005, Aug. 15, 2005, and Nov. 21, 2005, in effect in 2005.

4. Attached as Exhibit D are true and correct copies of excerpts from the Jan. 5, 2004 UPS Rate and Service Guide and from the UPS Tariffs, dated Jan. 5, 2004, and July 12, 2004, in effect in 2004.

5. Attached as Exhibit E are true and correct copies of excerpts from the Jan. 6, 2003 UPS Rate and Service Guide and from the UPS Tariffs, dated Jan. 6, 2003, and July 14, 2003, in effect in 2003.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 9th day of November, 2007, at San Francisco, California.

/s/ Annemarie C. O'Shea
Annemarie C. O'Shea

O'SHEA DECL. ISO UPS'S MOTION FOR JUDGMENT ON THE PLEADINGS
CASE NO. 07-4422 JCS
sf-2417315

1