PAUL T. FRIEDMAN (CA SBN 98381)
PFriedman@mofo.com
ANNEMARIE C. O'SHEA (CA SBN 157988)
AOShea@mofo.com
SARA MAHDAVI (CA SBN 245791)
SMahdavi@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendant
UNITED PARCEL SERVICE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HEROES CLUB, INC., a California Corporation,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED PARCEL SERVICE, INC., and DOES 1-50,<br><br>　　　　　　Defendants. | Case No. 07-4422 JCS<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT UNITED PARCEL SERVICE INC'S MOTION FOR JUDGMENT ON THE PLEADINGS** |

1   Defendant United Parcel Service, Inc. ("UPS") has moved this Court pursuant to Federal Rule of Civil Procedure 12(c) to enter judgment for UPS as a matter of law. Following hearing on this matter, and after consideration of the papers on file in connection with this motion and in the file of this case, and for good cause shown, the Court finds as follows:

(1) Plaintiff's state law claims, except for a routine breach of contract claim, (*see American Airlines, Inc. v. Wolens*, 513 U.S. 219 (1995)), are preempted by the Federal Aviation Administration Authorization Act of 1994 ("FAAAA"), 49 U.S.C. §§ 14501(c)(1) and 41713(b)(4);

(2) Plaintiff's surviving breach of contract claim, to the extent it accrued on or before January 27, 2006, is barred by the 18-month statute of limitations. *See* 49 U.S.C. §14705(b); *Emmert Indus. Corp. v. Artisan Assocs., Inc.*, 497 F.3d 982 (9th Cir. 2007). Plaintiff's surviving breach of contract claim is further barred because Plaintiff has failed to allege that it fulfilled contractual and statutory conditions precedent to recovery.

IT IS THEREFORE ORDERED that Defendant United Parcel Service, Inc.'s motion for judgment on the pleadings pursuant to Federal Rule of Civil Procedure 12(c) is GRANTED, and the action is dismissed with prejudice.

Dated: _____, 2007

_____
Hon. Joseph C. Spero
United States Magistrate Judge

[PROPOSED] ORDER GRANTING UPS'S MOTION FOR JUDGMENT ON THE PLEADINGS     1
Case No. C-07-4422 JCS
sf-2384024