1  PAUL T. FRIEDMAN (CA SBN 98381)
   PFriedman@mofo.com
2  ANNEMARIE C. O'SHEA (CA SBN 157988)
   AOShea@mofo.com
3  SARA MAHDAVI (CA SBN 245791)
   SMahdavi@mofo.com
4  MORRISON & FOERSTER LLP
   425 Market Street
5  San Francisco, California  94105-2482
   Telephone: 415.268.7000
6  Facsimile: 415.268.7522

7  Attorneys for Defendant
   UNITED PARCEL SERVICE, INC.
8

9  JAMES C. STURDEVANT (CA SBN 94551)
   MARK T. JOHNSON (CA SBN 76904)
10 ALEXUIS MARKWALDER (CA SBN 227004)
   THE STURDEVANT LAW FIRM
11 A Professional Corporation
   475 Sansome Street, Suite 1750
12 San Francisco, California 94111
   Telephone:  415.477.2410
13 Facsimile:  415.477.2420

14 (additional counsel on signature page)

15 Attorneys for Plaintiff
   HEROES CLUB, INC.
16

17

18                         UNITED STATES DISTRICT COURT

19                        NORTHERN DISTRICT OF CALIFORNIA

20                              SAN FRANCISCO DIVISION

21

22 | HEROES CLUB, INC., a California Corporation, | Case No.   07-4422 JCS |
   |---|---|
23 | Plaintiff, | **STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE** |
24 | v. | |
25 | UNITED PARCEL SERVICE, INC., and DOES 1-50, | |
26 | Defendants. | |
27

28

STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE
CASE NO. 07-4422 JCS
sf-2433192

1

1  WHEREAS, Defendant United Parcel Service, Inc. filed a Motion for Judgment on the Pleadings, which was rescheduled for hearing by the Court's November 14, 2007 Order to February 8, 2008 at 9:30 a.m.;

WHEREAS, by its November 14, 2007 Order, the Court issued a briefing schedule requiring the opposition to be filed by November 30, 2007, and reply brief to be filed by December 14, 2007, and

WHEREAS, Plaintiff filed its opposition on November 30, 2007, and

WHEREAS, the parties desire to extend the time for UPS to file a reply brief to December 31, 2007, to allow the parties an opportunity to discuss potential resolution of the plaintiff's complaint;

WHEREAS, the parties have agreed, subject to Court approval, to extend the briefing schedule to allow Defendant to file its reply papers on or before December 31, 2007;

IT IS HEREBY STIPULATED by and between the parties, through their counsel of record, to request that the Court order that Defendant's reply brief shall be filed by December 31, 2007.

IT IS SO STIPULATED.

Dated: December 6, 2007

PAUL T. FRIEDMAN
ANNEMARIE C. O'SHEA
SARA MAHDAVI
MORRISON & FOERSTER LLP

By: /s/ Paul T. Friedman
    Paul T. Friedman

Attorneys for Defendant
UNITED PARCEL SERVICE, INC.

1  Dated: December 6, 2007                                JAMES C. STURDEVANT
                                                          MARK T. JOHNSON
2                                                         ALEXUIS MARKWALDER
                                                          THE STURDEVANT LAW FIRM
3
                                                          RANDALL P. CHOY
4                                                         HEDANI, CHOY, SPALDING &
                                                          SALVAGIONE, LLP
5                                                         595 Market Street, Suite 1100
                                                          San Francisco, California 94105
6                                                         Telephone: 415.778.0800
                                                          Facsimile: 415.778.0700
7

8
                                                          By:  /s/ Mark T. Johnson
9                                                              Mark T. Johnson

10                                                             Attorneys for Plaintiff
                                                               HEROES CLUB, INC.
11

12

13

14

15    I, Paul T. Friedman, am the ECF user whose ID and password are being used to file this

16    Stipulation. In compliance with General Order 45, I hereby attest that Mark T. Johnson, counsel

17    for Plaintiff, has concurred in this filing.

18    Dated: December 6, 2007

19
                                                          By:  /s/ Paul T. Friedman
20                                                             Paul T. Friedman

21                                                             Attorneys for Defendant
                                                               UNITED PARCEL SERVICE, INC.
22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE
CASE NO. 07-4422 JCS
sf-2433192

3

1  [PROPOSED] ORDER

2  PURSUANT TO STIPULATION, AND GOOD CAUSE APPEARING, IT IS SO

3  ORDERED.

4

5  DATED: _____, 2007

6

7  _____
Honorable Joseph C. Spero
United States District Court

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE
CASE NO. 07-4422 JCS
sf-2433192

4