| | |
|---|---|
| 1 | PAUL T. FRIEDMAN (CA SBN 98381) |
|   | PFriedman@mofo.com |
| 2 | ANNEMARIE C. O'SHEA (CA SBN 157988) |
|   | AOShea@mofo.com |
| 3 | SARA MAHDAVI (CA SBN 245791) |
|   | SMahdavi@mofo.com |
| 4 | MORRISON & FOERSTER LLP |
|   | 425 Market Street |
| 5 | San Francisco, California 94105-2482 |
|   | Telephone: 415.268.7000 |
| 6 | Facsimile: 415.268.7522 |
| 7 | Attorneys for Defendant |
|   | UNITED PARCEL SERVICE, INC. |
| 8 | |
| 9 | JAMES C. STURDEVANT (CA SBN 94551) |
|   | MARK T. JOHNSON (CA SBN 76904) |
| 10 | ALEXUIS MARKWALDER (CA SBN 227004) |
|   | THE STURDEVANT LAW FIRM |
| 11 | A Professional Corporation |
|   | 475 Sansome Street, Suite 1750 |
| 12 | San Francisco, California 94111 |
|   | Telephone: 415.477.2410 |
| 13 | Facsimile: 415.477.2420 |
| 14 | (additional counsel on signature page) |
| 15 | Attorneys for Plaintiff |
|   | HEROES CLUB, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| HEROES CLUB, INC., a California Corporation, | | Case No.   07-4422 JCS |
| Plaintiff, | | **STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE** |
| v. | | |
| UNITED PARCEL SERVICE, INC., and DOES 1-50, | | |
| Defendants. | | |

STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE
CASE NO. 07-4422 JCS
sf-2442121

1

1    WHEREAS, Defendant United Parcel Service, Inc. filed a Motion for Judgment on the Pleadings, which was rescheduled for hearing by the Court's November 14, 2007 Order to **February 8, 2008** at 9:30 a.m.;

WHEREAS, by Order dated November 14, 2007, the Court issued a briefing schedule requiring the opposition to be filed by November 30, 2007, and reply brief to be filed by December 14, 2007, and Plaintiff filed its opposition on November 30, 2007, and

WHEREAS, on December 7, 2007, pursuant to stipulation, the Court extended the time for UPS to file a reply brief to December 31, 2007, to allow the parties an opportunity to discuss potential resolution of the plaintiff's complaint; and

WHEREAS, to allow additional time to discuss resolution of the matter, the parties have agreed, subject to Court approval, to further extend the briefing schedule to allow Defendant to file its reply papers on or before January 11, 2008;

IT IS HEREBY STIPULATED by and between the parties, through their counsel of record, to request that the Court order that **Defendant's reply brief shall be filed on or before January 11, 2008**.

IT IS SO STIPULATED.

Dated: December 20, 2007

PAUL T. FRIEDMAN
ANNEMARIE C. O'SHEA
SARA MAHDAVI
MORRISON & FOERSTER LLP

By:   /s/ Paul T. Friedman
          Paul T. Friedman

Attorneys for Defendant
UNITED PARCEL SERVICE, INC.

Dated: December 20, 2007

JAMES C. STURDEVANT
MARK T. JOHNSON
ALEXUIS MARKWALDER
THE STURDEVANT LAW FIRM

RANDALL P. CHOY
HEDANI, CHOY, SPALDING &
SALVAGIONE, LLP
595 Market Street, Suite 1100
San Francisco, California  94105
Telephone:  415.778.0800
Facsimile:  415.778.0700


By:  /s/ Mark T. Johnson
     Mark T. Johnson

Attorneys for Plaintiff
HEROES CLUB, INC.

I, Paul T. Friedman, am the ECF user whose ID and password are being used to file this Stipulation.  In compliance with General Order 45, I hereby attest that Mark T. Johnson, counsel for Plaintiff, has concurred in this filing.

Dated: December 20, 2007

By:  /s/ Paul T. Friedman
     Paul T. Friedman

Attorneys for Defendant
UNITED PARCEL SERVICE, INC.

1  [PROPOSED] ORDER

2  PURSUANT TO STIPULATION, AND GOOD CAUSE APPEARING, IT IS SO

3  ORDERED.

4

5  DATED: _____, 2007

6

7  _____
Honorable Joseph C. Spero
United States District Court

STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE
CASE NO. 07-4422 JCS
sf-2442121

4