1  PAUL T. FRIEDMAN (CA SBN 98381)
   PFriedman@mofo.com
2  ANNEMARIE C. O'SHEA (CA SBN 157988)
   AOShea@mofo.com
3  SARA MAHDAVI (CA SBN 245791)
   SMahdavi@mofo.com
4  MORRISON & FOERSTER LLP
   425 Market Street
5  San Francisco, California  94105-2482
   Telephone: 415.268.7000
6  Facsimile: 415.268.7522

7  Attorneys for Defendant
   UNITED PARCEL SERVICE, INC.
8

9  JAMES C. STURDEVANT (CA SBN 94551)
   MARK T. JOHNSON (CA SBN 76904)
10 ALEXUIS MARKWALDER (CA SBN 227004)
   THE STURDEVANT LAW FIRM
11 A Professional Corporation
   475 Sansome Street, Suite 1750
12 San Francisco, California 94111
   Telephone:  415.477.2410
13 Facsimile:  415.477.2420

14 (additional counsel on signature page)

15 Attorneys for Plaintiff
   HEROES CLUB, INC.
16

17

18                    UNITED STATES DISTRICT COURT

19                   NORTHERN DISTRICT OF CALIFORNIA

20                        SAN FRANCISCO DIVISION

21

22 HEROES CLUB, INC., a California Corporation,    Case No.   07-4422 JCS

23                  Plaintiff,                     **STIPULATION AND
                                                   [PROPOSED] ORDER
24       v.                                        REGARDING BRIEFING
                                                   SCHEDULE**
25 UNITED PARCEL SERVICE, INC., and DOES
   1-50,
26
                    Defendants.
27

28

STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE
CASE NO. 07-4422 JCS
sf-2442121

1

1       WHEREAS, Defendant United Parcel Service, Inc. filed a Motion for Judgment on the
Pleadings, which was rescheduled for hearing by the Court's November 14, 2007 Order to
**February 8, 2008** at 9:30 a.m.;

        WHEREAS, by Order dated November 14, 2007, the Court issued a briefing schedule
requiring the opposition to be filed by November 30, 2007, and reply brief to be filed by
December 14, 2007, and Plaintiff filed its opposition on November 30, 2007, and

        WHEREAS, on December 7, 2007, pursuant to stipulation, the Court extended the time
for UPS to file a reply brief to December 31, 2007, to allow the parties an opportunity to discuss
potential resolution of the plaintiff's complaint; and

        WHEREAS, to allow additional time to discuss resolution of the matter, the parties have
agreed, subject to Court approval, to further extend the briefing schedule to allow Defendant to
file its reply papers on or before January 11, 2008;

        IT IS HEREBY STIPULATED by and between the parties, through their counsel of
record, to request that the Court order that **Defendant's reply brief shall be filed on or before
January 11, 2008**.

        IT IS SO STIPULATED.

Dated: December 20, 2007              PAUL T. FRIEDMAN
                                      ANNEMARIE C. O'SHEA
                                      SARA MAHDAVI
                                      MORRISON & FOERSTER LLP


                                      By:   /s/ Paul T. Friedman
                                            Paul T. Friedman

                                      Attorneys for Defendant
                                      UNITED PARCEL SERVICE, INC.

Dated: December 20, 2007

JAMES C. STURDEVANT
MARK T. JOHNSON
ALEXUIS MARKWALDER
THE STURDEVANT LAW FIRM

RANDALL P. CHOY
HEDANI, CHOY, SPALDING &
SALVAGIONE, LLP
595 Market Street, Suite 1100
San Francisco, California  94105
Telephone:  415.778.0800
Facsimile:  415.778.0700

By:  /s/ Mark T. Johnson
     Mark T. Johnson

Attorneys for Plaintiff
HEROES CLUB, INC.

I, Paul T. Friedman, am the ECF user whose ID and password are being used to file this Stipulation. In compliance with General Order 45, I hereby attest that Mark T. Johnson, counsel for Plaintiff, has concurred in this filing.

Dated: December 20, 2007

By:  /s/ Paul T. Friedman
     Paul T. Friedman

Attorneys for Defendant
UNITED PARCEL SERVICE, INC.

1                                                    [~~PROPOSED~~] ORDER

2                 PURSUANT TO STIPULATION, AND GOOD CAUSE APPEARING, IT IS SO

3 ORDERED.

4

5 DATED: \_\_12/21\_\_\_\_\_, 2007

6

7 _____

                                                         Honorable
                                                         United States

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Joseph C. Spero]*