1  JAMES C. STURDEVANT (SBN 94551)
   (jsturdevant@sturdevantlaw.com)
2  MARK T. JOHNSON (SBN 76904)
   (mjohnson@sturdevantlaw.com)
3  ALEXIUS MARKWALDER (SBN 227004)
   (amarkwalader@sturdevantlaw.com)
4  THE STURDEVANT LAW FIRM
   A Professional Corporation
5  475 Sansome Street, Suite 1750
   San Francisco, CA  94111
6  Telephone:  (415) 477-2410
   Facsimile:  (415) 477-2420
7
   RANDALL P. CHOY (SBN 83194)
8  (rchoy@hedanichoy.com)
   Hedani, Choy, Spalding & Salvagione, LLP
9  595 Market Street, Ste. 1100
   San Francisco, CA 94105
10 Telephone:  (415) 778-0800
   Facsimile: (415) 778-0700
11
   Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEROES CLUB, INC., a California Corporation,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>UNITED PARCEL SERVICE, INC., and DOES 1-50,<br><br>　　　　　　Defendants. | **CASE NO.    CV  07-04422-JCS**<br><br>**CLASS ACTION**<br><br>**NOTICE OF CHANGE OF ADDRESS**<br><br><br>Complaint filed: July 27, 2007<br>Trial date: None set |

NOTICE OF CHANGE OF ADDRESS
Case No. CV 07-04422-JCS