1  JAMES C. STURDEVANT (SBN 94551)
   (jsturdevant@sturdevantlaw.com)
2  MARK T. JOHNSON (SBN 76904)
   (mjohnson@sturdevantlaw.com)
3  ALEXIUS MARKWALDER (SBN 227004)
   (amarkwalader@sturdevantlaw.com)
4  THE STURDEVANT LAW FIRM
   A Professional Corporation
5  475 Sansome Street, Suite 1750
   San Francisco, CA  94111
6  Telephone:  (415) 477-2410
   Facsimile:  (415) 477-2420
7
   RANDALL P. CHOY (SBN 83194)
8  (rchoy@hedanichoy.com)
   Hedani, Choy, Spalding & Salvagione, LLP
9  595 Market Street, Ste. 1100
   San Francisco, CA 94105
10 Telephone:  (415) 778-0800
   Facsimile: (415) 778-0700
11
   Attorneys for Plaintiff

12

13                **UNITED STATES DISTRICT COURT**

14                **NORTHERN DISTRICT OF CALIFORNIA**

15

| | |
|---|---|
| 16  HEROES CLUB, INC., a California Corporation, | **CASE NO.    CV 07-04422-JCS** |
| 17 | **CLASS ACTION** |
| 18              Plaintiff, | **NOTICE OF CHANGE OF ADDRESS** |
| 19       v. | |
| 20  UNITED PARCEL SERVICE, INC., and DOES 1-50, | |
| 21              Defendants. | Complaint filed: July 27, 2007
Trial date: None set |

22

23

24

25

26

27

28

NOTICE OF CHANGE OF ADDRESS
Case No. CV 07-04422-JCS

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that as of January 18, 2008, The Sturdevant Law Firm, attorneys for Plaintiff in the above-captioned matter, has moved its offices. Our telephone number and facsimile number remain the same. The new address is as follows:

>The Sturdevant Law Firm
>A Professional Corporation
>354 Pine Street, Fourth Floor
>San Francisco CA  94104
>(415) 477-2410 phone
>(415) 477-2420 facsimile

Dated: January 15, 2008             THE STURDEVANT LAW FIRM
                                    A Professional Corporation


                            By:    /s/   Mark T. Johnson
                                   MARK T. JOHNSON
                                   Attorneys for Plaintiffs