| | |
|---|---|
| 1 | PAUL T. FRIEDMAN (CA SBN 98381) |
|   | PFriedman@mofo.com |
| 2 | ANNEMARIE C. O'SHEA (CA SBN 157988) |
|   | AOShea@mofo.com |
| 3 | SARA MAHDAVI (CA SBN 245791) |
|   | SMahdavi@mofo.com |
| 4 | MORRISON & FOERSTER LLP |
|   | 425 Market Street |
| 5 | San Francisco, California 94105-2482 |
|   | Telephone: 415.268.7000 |
| 6 | Facsimile: 415.268.7522 |

Attorneys for Defendant
UNITED PARCEL SERVICE, INC.

JAMES C. STURDEVANT (CA SBN 94551)
MARK T. JOHNSON (CA SBN 76904)
MJohnson@sturdevantlaw.com
ALEXUIS MARKWALDER (CA SBN 227004)
THE STURDEVANT LAW FIRM
A Professional Corporation
354 Pine Street, Fourth Floor
San Francisco, California 94104
Telephone: 415.477.2410
Facsimile: 415.477.2420

(additional counsel on signature page)

Attorneys for Plaintiff
HEROES CLUB, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| HEROES CLUB, INC., a California Corporation, | Case No.   07-4422 JCS |
| Plaintiff, | **STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE** |
| v. | |
| UNITED PARCEL SERVICE, INC., and DOES 1-50, | |
| Defendants. | |

STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE
CASE NO. 07-4422 JCS
sf-2447801

1

1    Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff Heroes Club, Inc., and Defendant United
2 Parcel Service, Inc., by and through their respective attorneys, hereby stipulate to the dismissal of
3 the above-entitled action with prejudice as to all claims of Plaintiff Heroes Club, Inc., but without
4 prejudice as to any claims of any other putative class member, and without costs to any party.

Dated: January 22, 2008

PAUL T. FRIEDMAN
ANNEMARIE C. O'SHEA
SARA MAHDAVI
MORRISON & FOERSTER LLP

By:  /s/ Paul T. Friedman
    Paul T. Friedman

Attorneys for Defendant
UNITED PARCEL SERVICE, INC.

Dated: January 22, 2008

JAMES C. STURDEVANT
MARK T. JOHNSON
ALEXUIS MARKWALDER
THE STURDEVANT LAW FIRM

RANDALL P. CHOY
HEDANI, CHOY, SPALDING &
SALVAGIONE, LLP
595 Market Street, Suite 1100
San Francisco, California  94105
Telephone:  415.778.0800
Facsimile:  415.778.0700

By:  /s/ Mark T. Johnson
    Mark T. Johnson

Attorneys for Plaintiff
HEROES CLUB, INC.

I, Paul T. Friedman, am the ECF user whose ID and password are being used to file this Stipulation.  In compliance with General Order 45, I hereby attest that Mark T. Johnson, counsel for Plaintiff, has concurred in this filing.

Dated: January 22, 2008

By:  /s/ Paul T. Friedman
    Paul T. Friedman

Attorneys for Defendant
UNITED PARCEL SERVICE, INC.