1  PAUL T. FRIEDMAN (CA SBN 98381)
   PFriedman@mofo.com
2  ANNEMARIE C. O'SHEA (CA SBN 157988)
   AOShea@mofo.com
3  SARA MAHDAVI (CA SBN 245791)
   SMahdavi@mofo.com
4  MORRISON & FOERSTER LLP
   425 Market Street
5  San Francisco, California  94105-2482
   Telephone: 415.268.7000
6  Facsimile: 415.268.7522

7  Attorneys for Defendant
   UNITED PARCEL SERVICE, INC.
8

9  JAMES C. STURDEVANT (CA SBN 94551)
   MARK T. JOHNSON (CA SBN 76904)
10 MJohnson@sturdevantlaw.com
   ALEXUIS MARKWALDER (CA SBN 227004)
11 THE STURDEVANT LAW FIRM
   A Professional Corporation
12 354 Pine Street, Fourth Floor
   San Francisco, California 94104
13 Telephone:  415.477.2410
   Facsimile:  415.477.2420
14
   (additional counsel on signature page)
15
   Attorneys for Plaintiff
16 HEROES CLUB, INC.

17

18
                    UNITED STATES DISTRICT COURT
19
                    NORTHERN DISTRICT OF CALIFORNIA
20
                    SAN FRANCISCO DIVISION
21

22
   HEROES CLUB, INC., a California Corporation,    Case No.   07-4422 JCS
23
                          Plaintiff,               **STIPULATION OF DISMISSAL
24                                                 OF ACTION WITH PREJUDICE**
           v.
25
   UNITED PARCEL SERVICE, INC., and DOES
26 1-50,

27                       Defendants.

28

STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE
CASE NO. 07-4422 JCS
sf-2447801

1

1  Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff Heroes Club, Inc., and Defendant United
2  Parcel Service, Inc., by and through their respective attorneys, hereby stipulate to the dismissal of
3  the above-entitled action with prejudice as to all claims of Plaintiff Heroes Club, Inc., but without
4  prejudice as to any claims of any other putative class member, and without costs to any party.

5  Dated: January 22, 2008         PAUL T. FRIEDMAN
                                    ANNEMARIE C. O'SHEA
6                                   SARA MAHDAVI
                                    MORRISON & FOERSTER LLP
7

8                                   By:  /s/ Paul T. Friedman
9                                        Paul T. Friedman

10                                       Attorneys for Defendant
                                         UNITED PARCEL SERVICE, INC.
11
     Dated: January 22, 2008         JAMES C. STURDEVANT
12                                   MARK T. JOHNSON
                                     ALEXUIS MARKWALDER
13                                   THE STURDEVANT LAW FIRM

14   Dated: Jan. 23, 2008            RANDALL P. CHOY
                                     HEDANI, CHOY, SPALDING &
15                                   SALVAGIONE, LLP
                                     595 Market Street, Suite 1100
16                                   San Francisco, California 94105
                                     Telephone: 415.778.0800
17                                   Facsimile: 415.778.0700

18  [SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Joseph C. Spero]

19                                  By:  /s/ Mark T. Johnson
                                         Mark T. Johnson
20
                                         Attorneys for Plaintiff
21                                       HEROES CLUB, INC.

22  I, Paul T. Friedman, am the ECF user whose ID and password are being used to file this
23  Stipulation. In compliance with General Order 45, I hereby attest that Mark T. Johnson, counsel
24  for Plaintiff, has concurred in this filing.

25  Dated: January 22, 2008         By:  /s/ Paul T. Friedman
26                                       Paul T. Friedman

27                                       Attorneys for Defendant
                                         UNITED PARCEL SERVICE, INC.
28

STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE
CASE NO. 07-4422 JCS                                                    2
sf-2447801